# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2020

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial)<br><br>Lauber, Albert G. | 2. Court or Organization<br><br>United States Tax Court | 3. Date of Report<br><br>08/11/2021 |
|---|---|---|

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Judge, United States Tax Court | 5a. Report Type (check appropriate type)<br><br>☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br><br>5b. ☑ Amended Report | 6. Reporting Period<br><br>01/01/2020<br>**to**<br>12/31/2020 |
|---|---|---|

| 7. Chambers or Office Address<br><br>400 Second Street, N.W.<br>Room 306<br>Washington, D.C. 20217 |
|---|

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Member, Board of Trustees | The Studio Theatre, ▨▨▨▨▨ (non-profit theatre) (uncompensated position) |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

**✔** NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2020 | Salary, Georgetown University Law Center |
| 2. | 2020 | Sole proprietorship income, consulting |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

**✔** NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lauber, Albert G. | 08/11/2021 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Merrill Lynch/Bank of America | Margin loan on stock account | M |
| 2. | Merrill Lynch/Bank of America | Mortgage on Rental Prop. #1, Washington, D.C. (Pt. VII, line 1) | M |
| 3. | Merrill Lynch/Bank of America | Mortgage on Rental Prop. #2, Washington, D.C. (Pt. VII, line 2) | M |
| 4. | Merrill Lynch/Bank of America | Mortgage on Rental Prop. #3, Washington, D.C. (Pt. VII, line 3) | N |
| 5. | Merrill Lynch/Bank of America | Mortgage on Rental Prop. #4, Washington, D.C. (Pt. VII, line 4) | N |
| 6. | Merrill Lynch/Bank of America | Mortgage on Rental Prop. #5, Washington, D.C. (Pt. VII, line 5) | N |
| 7. | Merrill Lynch/Bank of America | Mortgage on Rental Prop. #6, Washington, D.C. (Pt. VII, line 6) | O |

| Name of Person Reporting | Date of Report |
|---|---|
| **Lauber, Albert G.** | 08/11/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period<br>(1)<br>Amount<br>Code 1<br>(A-H) | <br><br><br>(2)<br>Type (e g ,<br>div , rent,<br>or int ) | C<br>Gross value at end<br>of reporting period<br>(1)<br>Value<br>Code 2<br>(J-P) | <br><br><br>(2)<br>Value<br>Method<br>Code 3<br>(Q-W) | D<br>Transactions during reporting period<br>(1)<br>Type (e g ,<br>buy, sell,<br>redemption) | <br><br>(2)<br>Date<br>mm/dd/yy | <br><br>(3)<br>Value<br>Code 2<br>(J-P) | <br><br>(4)<br>Gain<br>Code 1<br>(A-H) | <br><br>(5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1. Rental Prop. #1, Washington, District of Columbia | G | Rent | P1 | W | | | | | |
| 2. Rental Prop. #2, Washington, District of | G | Rent | P1 | W | | | | | |
| 3. Rental Prop. #3, Washington, District of | E | Rent | O | W | | | | | |
| 4. Rental Prop. #4, Washington, District of | E | Rent | N | W | | | | | |
| 5. Rental Prop. #5, Washington, District of | E | Rent | O | W | | | | | |
| 6. Rental Prop. #6, Washington, District of | E | Rent | O | W | Buy | 06/01/20 | O | | |
| 7. Vanguard Emerging Markets Index Fund | A | Dividend | K | T | | | | | |
| 8. Vanguard Health Care Fund | A | Dividend | K | T | | | | | |
| 9. Vanguard Divividend Growth Fund | B | Dividend | L | T | | | | | |
| 10. T Rowe Price High Yield Bond Fund | E | Dividend | N | T | | | | | |
| 11. Invesco Small Cap Growth Fund | A | Dividend | K | T | | | | | |
| 12. Merrill Lynch Deposit Program | A | Interest | J | T | | | | | |
| 13. BNY Mellon Muni Bond Fund | A | Interest | J | T | Buy | 07/10/20 | J | | |
| 14. Invesco Core Plus Bond Fund | A | Interest | J | T | Buy | 07/10/20 | J | | |
| 15. iShares Russell Midcap Fund | A | Dividend | K | T | | | | | |
| 16. iShares S&P Small Cap Fund | A | Dividend | J | T | | | | | |
| 17. Mainstay Income Builder Fund | A | Dividend | J | T | Buy | 07/10/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Lauber, Albert G.** | 08/11/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Newberger Berman Long Fund | A | Dividend | J | T | Buy | 07/10/20 | J | | |
| 19. SPDR S&P 500 Fund | A | Dividend | K | T | Sold (part) | 05/04/20 | J | D | |
| 20. Vanguard Consumer Fund | A | Dividend | K | T | Sold (part) | 05/04/20 | J | C | |
| 21. Vanguard Health Care ETF | A | Dividend | J | T | | | | | |
| 22. Vanguard Dividend ETF | A | Dividend | K | T | Sold (part) | 05/04/20 | J | D | |
| 23. Merrill Lynch Rollover IRA (▨▨▨▨) (this is a header) | | | | | | | | | |
| 24. - Vanguard High Yield Corporate Fund | F | Interest | P1 | T | | | | | |
| 25. - Vanguard Windsor Fund | F | Dividend | P1 | T | | | | | |
| 26. - Vanguard Wellington Fund | D | Dividend | M | T | | | | | |
| 27. - Banco Santander ADR | B | Dividend | K | T | | | | | |
| 28. - Telefonica Brasil ADR | D | Dividend | K | T | | | | | |
| 29. Georgetown University 403(b) Plan (▨▨▨▨ (this is a header) | | | | | | | | | |
| 30. - Vanguard High Yield Corporate Fund | B | Interest | K | T | | | | | |
| 31. - Vanguard Windsor Fund | E | Dividend | O | T | | | | | |
| 32. - Vanguard International Growth Fund | D | Dividend | M | T | | | | | |
| 33. - Vanguard International Value Fund | D | Dividend | M | T | | | | | |
| 34. IRA Account (▨▨▨▨) (this is a header) | | | | | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Lauber, Albert G.** | 08/11/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35.    - T Rowe Price High Yield Bond Fund | E | Interest | N | T | | | | | |
| 36.    - T Rowe Price New Asia Fund | B | Dividend | M | T | | | | | |
| 37.    Chase Managed IRA Account (          (this is a header) | | | | | | | | | |
| 38.    - Fidelity 500 Index Fund | C | Dividend | M | T | Buy | 01/15/20 | M | | |
| 39.    - Fidelity Int'l Index Fund | A | Dividend | J | T | Buy | 03/20/20 | J | | |
| 40.    - iShares Emerging MSCI Markets | A | Dividend | J | T | Buy | 01/15/20 | J | | |
| 41.    - JPMorgan CDA ETF | A | Dividend | J | T | Buy | 10/21/20 | J | | |
| 42.    - JPMorgan Developed Asia ex Japan ETF | A | Dividend | J | T | Buy | 01/15/20 | J | | |
| 43.    - JPMorgan Europe ETF | A | Dividend | J | T | Buy | 06/08/20 | J | | |
| 44.    - JPMorgan Japan ETF | A | Dividend | K | T | Buy | 01/15/20 | K | | |
| 45.    - Six Circles Tr Int'l Equity Fund | A | Dividend | L | T | Buy | 01/15/20 | L | | |
| 46.    - Six Circles Tr U.S. Equity Fund | A | Dividend | L | T | Buy | 01/15/20 | L | | |
| 47.    - Blackrock High Yield Portfolio K | A | Distribution | J | T | Buy | 03/20/20 | J | | |
| 48.    - iShares 20-Yr Treas Bond Fund | A | Distribution | K | T | Buy | 01/15/20 | K | | |
| 49.    - iShares MBS ETF | A | Distribution | J | T | Buy | 11/09/20 | J | | |
| 50.    - Lord Abbett Inv Tr High Yield Fund | A | Distribution | K | T | Buy | 05/13/20 | K | | |
| 51.    - Lord Abbett Short Duration Income Fund | A | Interest | J | T | Buy | 01/15/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Lauber, Albert G.** | 08/11/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 52.   - Pimco Income Fund | A | Distribution | J | T | Buy | 01/15/20 | J | | |
| 53.   - Six Circles Tr Global Bond Fund | A | Distribution | L | T | Buy | 08/17/20 | L | | |
| 54.   - Six Circles Tr Ultra-Short Duration Fund | A | Interest | J | T | Buy | 01/15/20 | J | | |
| 55.   - Six Circles Tr Credit Opps Fund | A | Distribution | J | T | Buy | 11/16/20 | J | | |
| 56.   - Vanguard Bond Index Fund | A | Distribution | J | T | Buy | 01/15/20 | J | | |
| 57.   - Vanguard Fixed Income Intermediate<br>Grade Fund Fund | A | Distribution | J | T | Buy | 01/15/20 | J | | |
| 58.   - Vanguard Int'l Bond Fund | A | Distribution | L | T | Buy | 01/15/20 | L | | |
| 59.   - Blackrock Event Driven Equity Fund | A | Distribution | J | T | Buy | 01/15/20 | J | | |
| 60.   - Blackstone Alternative Inv Multi-Strategy<br>Fund | A | Distribution | J | T | Buy | 01/15/20 | J | | |
| 61.   - Neuberger Berman Alternative Fund | A | Distribution | J | T | Buy | 02/07/20 | J | | |
| 62.   - Pimco Mortgage Opportunities and Bond<br>Fund | A | Distribution | J | T | Buy | 06/01/20 | J | | |
| 63.   Merrill Lynch Brokerage Accounts<br>(common stocks) (this is a header) | | | | | | | | | |
| 64.   - Exelon Corp. | C | Dividend | M | T | Buy<br>(add'l) | 03/20/20 | K | | |
| 65. | | | | | Sold<br>(part) | 11/03/20 | K | C | |
| 66.   - Cisco Corp | B | Dividend | L | T | Buy<br>(add'l) | 03/13/20 | K | | |
| 67.   - Cemex Corp | A | Dividend | K | T | Buy<br>(add'l) | 03/11/20 | K | | |
| 68. | | Dividend | | | Sold<br>(part) | 09/28/20 | K | | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Lauber, Albert G.** | 08/11/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 69.   - Verizon Corp. | A | Dividend | J | T | | | | | |
| 70.   - Banco Santander ADR | B | Dividend | L | T | Buy<br>(add'l) | 06/30/20 | K | | |
| 71. | | | | | Sold<br>(part) | 12/03/20 | K | | |
| 72.   - AT&T | C | Dividend | L | T | Buy<br>(add'l) | 11/19/20 | L | | |
| 73.   - GE Corp. | A | Dividend | K | T | Sold<br>(part) | 05/04/20 | K | | |
| 74.   - Apple Corp. | A | Dividend | L | T | | | | | |
| 75.   - Citigroup Inc. | A | Dividend | K | T | Buy<br>(add'l) | 09/25/20 | K | | |
| 76.   - Pfizer Corp. | A | Dividend | J | T | | | | | |
| 77.   - Caterpillar Corp. | B | Dividend | L | T | | | | | |
| 78.   - American Electric Power Co. | A | Dividend | J | T | | | | | |
| 79.   - Telefonica Espana ADR | D | Dividend | L | T | Sold<br>(part) | 03/13/20 | L | | |
| 80. | | | | | Buy<br>(add'l) | 12/11/20 | L | | |
| 81.   - Microsoft | A | Dividend | J | T | | | | | |
| 82.   - Barclays Bank ADR | A | Dividend | K | T | Sold<br>(part) | 03/13/20 | K | | |
| 83. | | | | | Buy<br>(add'l) | 04/15/20 | K | | |
| 84.   - American Express Co. | A | Dividend | K | T | | | | | |
| 85.   - Ford Motor Co | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| **Lauber, Albert G.** | 08/11/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐    NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 86.  - Eli Lilly Co. | A | Dividend | J | T | | | | | |
| 87.  - Oracle Corp | B | Dividend | L | T | | | | | |
| 88.  - Orange Corp. ADR | D | Dividend | M | T | Sold<br>(part) | 11/11/20 | J | | |
| 89. | | | | | Buy<br>(add'l) | 08/06/20 | M | | |
| 90.  - Telefonica Brasil ADR | D | Dividend | L | T | Sold<br>(part) | 04/29/20 | K | | |
| 91. | | | | | Buy<br>(add'l) | 03/26/20 | K | | |
| 92.  - Grupo Fnanciero Santander Mexico ADR | A | Dividend | K | T | Sold<br>(part) | 03/13/20 | K | | |
| 93. | | | | | Buy<br>(add'l) | 04/15/20 | K | | |
| 94.  - Itau Unibanco Brasil ADR | B | Dividend | L | T | Sold<br>(part) | 06/05/20 | K | | |
| 95. | | | | | Buy<br>(add'l) | 04/05/20 | K | | |
| 96.  - Kinder Morgan | C | Dividend | K | T | Sold<br>(part) | 02/06/20 | J | A | |
| 97. | | | | | Buy<br>(add'l) | 09/21/20 | K | | |
| 98.  - Morgan Stanley | A | Dividend | J | T | Sold<br>(part) | 01/06/20 | J | A | |
| 99.  - Banco Bradesco ADR | A | Dividend | K | T | Buy | 04/05/20 | J | | |
| 100.  - Banco Santander Brasil ADR | A | Dividend | K | T | Buy | 04/15/20 | K | | |
| 101.  - FedEx Corp | A | Dividend | J | T | Buy | 10/14/20 | J | | |
| 102.  - Guangdoing Inv Ltd ADR | A | Dividend | J | T | Buy | 12/01/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Lauber, Albert G.** | 08/11/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. - Johnson & Johnson | A | Dividend | J | T | Buy | 12/01/20 | J | | |
| 104. - LVMH Moet Hennessy | A | Dividend | J | T | Buy | 05/14/20 | J | | |
| 105. - SPDR Index Shares | A | Dividend | J | T | Buy | 12/01/20 | J | | |
| 106. - SPDR Series Trust | A | Dividend | J | T | Buy | 12/02/20 | J | | |
| 107. - Vanguard FTSE Developed Mkts ETF | A | Dividend | J | T | Buy | 11/30/20 | J | | |
| 108. | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Lauber, Albert G.** | 08/11/2021 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, lines 37-38: During 2020 my spouse converted one his his IRAs to a Chase Managed Retirement Account. This account is actively managed by the investment advisor, who rotates funds among numerous mutual funds and ETFs, with no input from either my spouse or me. It is not practical to list the transactions or year-end holdings, which could change several days later.

# IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Albert G. Lauber**

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544